# UNITED STATES of America,

v.

## Taiwan AUSTIN, Appellant.

### No. 03–2659.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Oct. 26, 2004.

Decided April 13, 2005.

William A. Behe, Office of United States Attorney, Harrisburg, PA, for United States of America.

Enid W. Harris, Harris & Van Jura, Kingston, PA, for Appellant.

Before SCIRICA, Chief Judge, FISHER and BECKER, Circuit Judges.

## OPINION OF THE COURT

SCIRICA, Chief Judge.

Appellant Taiwan Austin pled guilty to unlawful possession of cocaine base with intent to distribute in violation of 21 U.S.C. § 841(a)(1). The District Court sentenced Austin to 240 months in prison, three years supervised release, a $2000 fine, and a $100 special assessment. He does not contest his conviction or guilty plea.

Austin challenges his sentence under *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).[1]

---

1. We note that the government does not object to Austin's request for resentencing. *See* Gov't's Letter of March 3, 2005 ("it would seem appropriate in this case that the district court, in light of *Booker*, be permitted to revisit the question of what would be an appropriate sentence to impose").

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*.